# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| PARKER HOME IMPROVEMENT SOURCE., INC., d.b.a. ARTISAN CO., a California corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation,<br><br>      Defendant. | Case No. SACV 11-01185-CJC(RNBx)<br><br>**JUDGMENT**<br><br>Trial Date:    October 1, 2013 |

On October 10, 2013, the jury entered a verdict in favor of Plaintiff Parker Home Improvement Source, Inc. dba Artisan Co. ("Plaintiff") on its breach of contract and breach of the implied covenant of good faith and fair dealing causes of action against Liberty Surplus Insurance Corporation ("Defendant"). The jury awarded Plaintiff $339,848.00 in contract damages and $700,000.00 in compensatory tort damages. The jury found that Defendant acted with malice, oppression or fraud.

On October 11, 2013 the jury entered a verdict in favor of Plaintiff for punitive damages in the amount of $1,120,000.00.

Pursuant to the jury's verdicts, the Court hereby enters judgment in favor of Plaintiff and against Defendant in the amount of $2,159,848.00.

Plaintiff shall recover its costs.

DATED: 10/18/13

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

DATED: October 17, 2013      PRENOVOST, NORMANDIN, BERGH & DAWE
A Professional Corporation

By:   */s/ Kristin F. Godeke*
MICHAEL G. DAWE
KRISTIN F. GODEKE
Attorneys for Plaintiff PARKER HOME IMPROVEMENT SOURCE, INC. dba ARTISAN CO.

Approved as to Form and Content by:

DATED: October 17, 2013      MUSICK, PEELER & GARRETT

By:   */s/ Steven Adams*
KENNETH KATEL
STEVEN ADAMS
Attorneys for Defendant LIBERTY SURPLUS INSURANCE CORP.

8464.0004 / 814325.1                    2                    SA-CV-11-01185 CJC (RNBx)
JUDGMENT